Eric S. Rossman, ISB #4573
Erica S. Phillips, ISB #6009
Chad M. Nicholson, ISB #7506
ROSSMAN LAW GROUP, PLLC
737 N. 7th Street
Boise, Idaho 83702
Telephone:  (208) 331-2030
Facsimile:   (208) 342-2170

James M. Piotrowski
HERZFELD & PIOTROWSKI
713 W. Franklin
P.O. Box 2864
Boise, ID 83702
(208) 331-9200 Telephone
(208) 331-9201 Facsimile
jpiotrowski@idunionlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES A. MERCIER; GERALD L. MAYES; and STEVE GRIMES, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>ITT EDUCATIONAL SERVICES, INC. d/b/a ITT TECHNICAL INSTITUTE, a Delaware corporation,<br><br>              Defendant. | )<br>) **CASE NO.**<br>)<br>)<br>)<br>)<br>) **COMPLAINT FOR VIOLATION**<br>) **OF FAIR LABOR STANDARDS**<br>) **ACT**<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT - Page 1**

For their Complaint against Defendant ITT Educational Services, Inc., dba ITT Technical Institute (hereinafter "ITT"), Plaintiffs would show as follows:

## I. Nature of the Suit

1.     This is a suit for failure to pay wages owed pursuant to the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.*

## II. Parties, Jurisdiction, and Venue

2.     Plaintiffs are individuals currently or previously employed by ITT at facilities throughout the State of Idaho. Plaintiffs bring suit on behalf of themselves and all others similarly situated. Each Plaintiff has executed a Consent to Join, and such consents are attached hereto as Exhibit "A."

3.     Defendant ITT is a Delaware corporation authorized to do business and doing business in the State of Idaho.

4.     This action arises under the laws of the United States. This Court has jurisdiction pursuant to 29 U.S.C. § 216 and 28 U.S.C. § 1331. The Court has jurisdiction over any related state law claims pursuant to the 28 U.S.C. § 1367. Because the Defendant resides within the State of Idaho, and the acts or omissions giving rise to the claims stated herein occurred in the State of Idaho venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b).

## III. Facts Giving Rise to Complaint

5.     Plaintiffs were employed by ITT as recruiters and admissions representatives at the Boise, Idaho, campus.

6.     Each of the Plaintiffs was paid wages on an hourly basis.

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT - Page 2**

7.      Typical shifts at ITT were 9-6, 10-7 or 11-8 with a 9-5 shift on Saturdays.

8.      During their shifts, Plaintiffs were dealing with, among other things, telephone calls and walk-ins from prospective students or enrolled students and appointments with prospective students or enrolled students.

9.      On a regular basis Plaintiffs worked over their lunch hours and after their regularly scheduled shifts, particularly during the summer months when inquiries and registrations were at the highest levels, to accommodate students' phone calls and schedules for appointments.

10.     During busy times of the year, Plaintiffs worked an average of 50-55 hours per week.

11.     Plaintiffs kept track of their hours on handwritten timecards.  Plaintiffs were instructed to keep track of overtime separately.  Plaintiffs were told to keep track of their overtime as it would be paid in comp time during less busy times of the year; however, Plaintiffs rarely received comp time.

12.     Comp time had to be pre-approved and Plaintiffs were not allowed to take more than one day of comp time in a row.

13.     Plaintiffs handwrote hours worked on their timecards; however, if overtime hours were reported on the timecards, the Plaintiffs would be notified and instructed to edit their timecards to remove that time so as to eliminate overtime or their timecards would not be signed and then the Plaintiffs would not be paid.

## CLAIM FOR RELIEF

Fair Labor Standards Act

14.     Plaintiffs incorporate, as if fully restated herein, each of paragraphs 1 through 13.

15.     Pursuant to the Fair Labor Standards Act and regulations adopted thereunder, Plaintiffs were entitled to be paid for all of their hours worked, and to be compensated for hours worked in excess of 40 during any workweek at a rate of one and one-half times their regular rates of pay.

16.     By willfully failing to properly record all hours actually worked and/or by editing the time actually kept, Defendant has failed to pay Plaintiffs for all of their hours worked, including overtime hours.  As a result thereof, Plaintiffs have suffered lost wages and overtime pay in an amount to be proven.

WHEREFORE, Plaintiffs pray for relief as follows:

a.     That this matter proceed as a collective action pursuant to 29 U.S.C. § 216(b), and that all other similarly situated employees be given notice of and an opportunity to join this action;

b.     For trial by jury as to all issues so triable;

c.     For an award of damages for unpaid or underpaid wages;

d.     For an additional, equal amount as liquidated damages;

e.     For an accounting;

f.     For pre- and post-judgment interest;

g.     For their costs and attorney fees; and,

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT - Page 4**

h.      For all other and further equitable and legal relief which the Court deems just.

DATED this ____10th____ day of March, 2009.

ROSSMAN LAW GROUP, PLLC

Eric S. Rossman
Attorneys for Plaintiffs

\\Fileserver\Documents\Work\G\Grimes, Steve\Complaint.doc

**COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS ACT - Page 5**

# EXHIBIT "A"

## CONSENT TO JOIN LITIGATION

I, _____CHARLES A. MERCIER_____ (print name) do

hereby agree and consent to join as a plaintiff in litigation against ITT Technical Institute

and its predecessors and successors in interest.   I understand that such litigation will

relate to allegations that the employer did not pay me and other workers for all of the

time worked including, but not limited to, overtime hours.   I further understand that the

suit may be brought under the Federal Fair Labor Standards Act as well as under any

other relevant federal or state laws.

DATED this _3/st_ day of ___January___, 2009

_____
Signature

## CONSENT TO JOIN LITIGATION

I, _Gerald L. Moyes_ (print name) do

hereby agree and consent to join as a plaintiff in litigation against ITT Technical Institute

and its predecessors and successors in interest. I understand that such litigation will

relate to allegations that the employer did not pay me and other workers for all of the

time worked including, but not limited to, overtime hours. I further understand that the

suit may be brought under the Federal Fair Labor Standards Act as well as under any

other relevant federal or state laws.

DATED this _9_ day of _February_, 2009

_____
Signature

## CONSENT TO JOIN LITIGATION

I, _Steve W Grimes_ (print name) do

hereby agree and consent to join as a plaintiff in litigation against ITT Technical Institute

and its predecessors and successors in interest. I understand that such litigation will

relate to allegations that the employer did not pay me and other workers for all of the

time worked including, but not limited to, overtime hours. I further understand that the

suit may be brought under the Federal Fair Labor Standards Act as well as under any

other relevant federal or state laws.

DATED this _10th_ day of _February_, 2009

_____
Signature