IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHARLES A. MERCIER; GERALD L. MAYES; and STEVE GRIMES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ITT EDUCATIONAL SERVICES, INC. d/b/a ITT TECHNICAL INSTITUTE, a Delaware Corporation,<br><br>Defendant. | Case No. CV 09-00126-EJL<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

This matter having come before the Court on the joint stipulation for dismissal as to Plaintiffs' Complaint, and good cause appearing therefore, it is hereby ORDERED AND ADJUDGED as follows:

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and the Stipulation of Dismissal between the parties hereto, this action is dismissed with prejudice, without the assessment of costs and attorneys fees, and with the parties to bear their own respective attorneys' fees and costs.

DATED: **July 9, 2010**

_____
Honorable Edward J. Lodge
U. S. District Judge